1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE  APPLICATION          2:12-SW-0631-CKD
    OF THE UNITED STATES OF AMERICA            2:12-SW-0633-CKD
12  FOR SEARCH WARRANTS CONCERNING:            2:12-SW-0634-CKD
                                               2:12-SW-0635-CKD
13  - Shipping crates bearing bill of lading number   2:13-SW-0612-KJN
    #787-245933-5;                             2:13-SW-0613-KJN
14  -12898 Slate Creek Road, Nevada City, CA;  2:13-SW-0802-CKD
    -5859 Rosebud Lane, Building "C" Suite 16, 2:13-SW-0803-CKD
15  Citrus Heights, CA;                        2:13-SW-0804-CKD
    - Gray Honda Element, bearing California tag  2:13-SW-0806-CKD
16  "5LXD960";                                 2:13-SW-0808-CKD
    - 12035 Puffball Court;                    2:13-SW-0809-CKD
17  - 11935 Hutto Road;                        2:13-SW-0810-CKD
    - Apple iPad DQTG5304DFJ3;
18  - Thumb Drive BL1105ZHPB;                  [PROPOSED] ORDER TO UNSEAL SEARCH
    - Apple Black iPhone IC:579C-E2430A*;      WARRANTS AND SEARCH WARRANT
19  - Western Digital Harddrive WX70AA9Y1107;  AFFIDAVITS
    - ASUS Desktop C2PDCG001EE8;
20  - Samsung Laptop ZYPX93BB303146K; and
    - LG CELL PHONE 203CYNL0316583
21

22        Upon application of the United States of America and good cause having been shown,

23  IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered

24  unsealed.

25
    Dated: 7/15/2016
26                                             _____
                                               The Honorable Carolyn K. Delaney
27                                             UNITED STATES MAGISTRATE JUDGE

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS